**No. 09-7570. Samuel John Major-Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Criminal Institutions Division.**

559 U.S. 1046, 130 S. Ct. 2086, 176 L. Ed. 2d 431, 2010 U.S. LEXIS 2889.

March 29, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1153, 130 S. Ct. 1152, 175 L. Ed. 2d 983, 2010 U.S. LEXIS 575.